FILED

11/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0692



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23 – 0692

MIRIAM PENADO,

      Petitioner and Appellant,

On behalf of Herself and A.A.H., born 2018
and A.M.H., born 2020,

      v.

DANIEL HUNTER,

      Respondent and Appellee.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

      Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

      DATED: November 29, 2023.

_____

BOWEN GREENWOOD
Clerk of the Supreme Court